UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-584

JOSE BUSTOS
    Plaintiff,

v.

GARFIELD COUNTY SHERIFF'S DEPUTY KALEB FOREMAN
    (in his individual capacity),

    Defendant.

## COMPLAINT AND JURY DEMAND

COMES NOW the Plaintiff Jose Busto, with Counsel, Daniel R. Shaffer, Attorney at Law, and for their Complaint, states and alleges as follows:

Plaintiff Jose Bustos, by and through their attorney, Daniel Shaffer, hereby brings this Complaint against Defendant-Deputy Kaleb Foreman, in his individual capacity,

### INTRODUCTION

1. Generally, this case alleges that Garfield County Sheriffs Defendant-Deputy Foreman responded to a call for service on February 14, 2024, regarding a purported traffic incident. The caller reported a White Subaru Forester that was following too closely and possibly involved in a road rage incident on Centennial Parkway and West Avenue in

- 1 -

Rifle, Colorado. The Forester driven by Bustos followed the caller(s) to their home located at Cottonwood Mobile Park and verbally confronted him and his father outside of the residence. As the confrontation escalated Bustos left the scene. Garfield County Defendant-Deputy Foreman responded to the area to contact the Reporting Party regarding the driver of the White Subaru Forester identified as Mr. Bustos.

2. Deputies identified Mr. Bustos as the driver of the Subaru Forester and contacted him at his residence located at 323 White River Ave., Rifle, CO.

3. During the arrest of Mr. Bustos Defendant-Deputy Foreman assaulted Mr. Bustos with multiple strikes to the head.

4. Mr. Bustos was booked into the Garfield County Detention Center in Rifle, Colorado on or about February 14, 2024.

5. Mr. Bustos is in custody at the time of filing this complaint.

## PARTIES

10. The Plaintiff, Jose Bustos is a natural person.

11. At all times hereto, Jose Bustos was/is a citizen of the State of Colorado, a state within the United States of America.

12. Jose Bustos is currently domiciled in the State of Colorado.

13. At all times relevant to the claims against him, Defendant-Deputy Foreman was acting under the color of state law as a Garfield County Deputy Sheriff.

14. Defendant-Deputy Foreman was/is a citizen of the United States and a resident of and domiciled in the State of Colorado.

15. Defendant-Deputy Forman is a proper entity for purposes of liability under 42 U.S.C. § 1983.

16. Defendant-Deputy Foreman is a proper entity for purposes of liability under 42 U.S.C. § 1983.

## JURISDICTION AND VENUE

33. Plaintiff incorporates each paragraph of the Complaint as if fully restated herein.

34. The District Courts for the United States are empowered by the People through Article III of the Constitution of the United States of America to protect and defend their God given, inalienable rights, most importantly the right to life, liberty, and the pursuit of happiness.

35. This Court has jurisdiction over the subject matter and the parties pursuant to 42 U.S.C. § 1983, and 28 U.S.C. §§ 1331, 1343.

36. Jurisdiction in support of Plaintiffs' claim for attorney's fees is conferred by 42 U.S.C. §1988.

37. Venue is proper in the District Court of Colorado pursuant to 28 U.S.C. § 1391(b)(1) and (2), as all the material transactions alleged in this Complaint happened within the County of Garfield, State of Colorado.

## FACTUAL ALLEGATIONS

39. Plaintiff incorporates each paragraph of the Complaint as if fully restated herein.

40. On February 14, 2024, Lizandro Ramos-Ledezma, a driver, contacted 911 to report a White Subaru Forester following him too closely, was aggressive, followed him home and threatened him with a gun in Rifle, Colorado.

41. The White Subaru Forester was driven by a 47-year-old man, Jose Bustos.

42. Deputies were later advised that the Subaru Forester in question was parked outside of 323 White River Avenue.

43. Deputies with Garfield County Sheriff's Department and Rifle Police Department responded to the residence and contacted Mr. Bustos.

44. Mr. Bustos was located at his home and voluntarily spoke with deputies on scene.

45. Defendant-Deputy Foreman arrived after other Deputies had already contacted Mr. Bustos in front of his home.

46. Prior to Defendant-Deputy Foreman's arrival, Mr. Bustos can be seen and heard standing outside his home casually talking with multiple law enforcement officers.

47. Within seconds of Defendant Deputy Foreman's arrival, the conversation with Mr. Bustos escalated.

48. As the conversation with Deputies continued, Mr. Bustos turned around on his front porch to secure his dog in his home.

49. Defendant-Deputy Foreman gave audible but contradictory instructions while simultaneously grabbing Mr. Bustos by the wrist stating, "you can put the dog in the house, but I don't want you walking off."

50. Mr. Bustos pulled his wrist free of Defendant-Deputy Foreman's grasp to continue into his residence to secure his dog.

51. On body worn camera at 20:32:47 hours Defendant-Deputy Foreman approaches and grabs Mr. Bustos' wrist and gives conflicting demands. Mr. Bustos does not appear to be doing anything that would constitute a threat to a reasonable officer, and clearly states he was going to put his dog into his home.

52. Defendant-Deputy Foreman pursues Mr. Bustos into the entryway of the building, as other deputies follow.

53. Multiple Deputies rush the door, and Mr. Bustos is shoved into the wall and has his face slammed against a door.

54. Defendant-Deputy Foreman then strikes Mr. Bustos multiple times in the head with an overhead swing and assists in bringing Mr. Bustos to the ground.

55. Mr. Bustos received significant injuries to his head as a direct result of Defendant-Deputy Foreman's head strikes.



- 6 -



56. Defendant Deputy Foreman's strikes can be heard repeatedly making contact to Mr. Bustos' head before stating he is under arrest.

57. Defendant-Deputy Foreman then disables Mr. Bustos's body while Deputy Salazar removes a knife from Bustos' pocket, and Bustos was placed in cuffs and arrested.

58. Throughout the encounter from the time Mr. Bustos is lying face down in the entry of his home he is yelling to Defendant-Deputy Foreman and others that he wasn't resisting and doesn't understand why he was being arrested.

## STATEMENT OF CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
42 U.S.C. §1983-Fourth Amendment, Excessive Force
(Defendant Deputy Kaleb Foreman)

66. Plaintiff incorporates each paragraph of the complaint as if fully restated herein.

67. Defendant-Deputy Foreman employed excessive and unreasonable force against Jose Bustos in violation of his rights under the Fourth Amendment.

68. Defendant-Deputy Foreman acted under color of law as evidenced by the fact that they identified themselves as Deputies of the Garfield County Sheriff's Department.

69. Defendant-Deputy Foreman used excessive force when he punched Jose Bustos multiple times to the face and head.

70. As a result of Defendant Deputy Foreman's unreasonable use of force, Mr. Jose Bustos sustained injuries necessitating medical treatment and experienced significant pain.

71. The misconduct described in this count was objectively unreasonable and was undertaken intentionally, with malice and knowing disregard for Plaintiff 's clearly established constitutional rights.

72. Individually and collectively Defendant-Deputy Foreman's misconduct was the proximate cause of Jose Bustos's injuries.

## **PRAYER FOR RELIEF**

122. Plaintiff requests that this Court enter judgment in his favor against the Defendant, and grant:

    a. Appropriate relief at law and equity;

b.  Compensatory and consequential damages, including damages for emotional distress, humiliation, and other pain and suffering on all claims allowed by law in an amount to be determined at trial;

c.  Attorney's fees and costs of this action, including expert witness fees on all claims allowed by law;

d.  Punitive damages as to the Defendants to redress their willful, malicious, wanton, and reckless conduct in violation of Plaintiffs' civil rights.

e.  Pre-and post-judgment interest at the lawful rate; and

f.  Any further relief that this Court deems just and proper, and any other relief as allowed by law.

**PLAINTIFF REQUESTS A JURY TRIAL ON ALL MATTERS SO TRIABLE**.

Dated this 13th day of February 2026.

Respectfully submitted,

s/Daniel R. Shaffer
Daniel R. Shaffer, #35661
405 Ridges Blvd., Suite B
Grand Junction, CO 81507 (970) 243-2552 Fax: (970) 243-3905
lawyerdan@danielshafferlaw.com
Attorney for Plaintiff Jose Bustos